IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



STEVE ROBERTSON,

    Plaintiff,

v.      Civil Action No. 3:16CV142

RICHMOND SHERIFF/JAIL,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on March 16, 2016, the Court conditionally docketed Plaintiff's action. On March 28, 2016, the United States Postal Service returned the March 16, 2016 Memorandum Order to the Court marked, "Not at this address RETURN TO SENDER," because Plaintiff apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/ MHL
M. Hannah Lauck
United States District Judge

Date: APR 2 6 2016
Richmond, Virginia